NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORT PROPERTIES, INC.,**
*Plaintiff-Appellee,*

v.

**AMERICAN MASTER LEASE LLC,**
*Defendant-Appellant.*

---

2009-1242

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-365, Judge Andrew J. Guilford.

---

**ON MOTION**

---

**ORDER**

American Master Lease LLC moves for leave to substitute Donald M. Falk as principal counsel and to designate Anthony G. Graham as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 0 5 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony G. Graham, Esq.
Donald M. Falk, Esq.
Arianna Frankl, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 0 5 2011

**JAN HORBALY**
**CLERK**